Liudmyla Iegorova

8913 Fair Oaks blvd. Apt. # E

Carmichael, CA 95608



UNITED STATES DISTRICT COURT

EASTERN DISTRICT STATE OF CALIFORNIA

Liudmyla Iegorova

Petitioner

Vs.

Shailesh Jawale

Respondent

2:15 - CV - 0 8 8 5 TLN CKD PS

Lawsuit

42 U.S.C. Chapter 19

## STATEMENT OF THE FACTS.

Dental office Dr. Shailesh Jawale employee invited Petitioner in office to obtain medical records petitioner for $ 30 ( thirty dollars ) Petitioner arrived and requested medical records at 928 Pleasant Grove Blvd. Suite 100, Roseville CA 95678.

Front desk employee refused to provide records and requested to came back in one hour. Petitioner went to the bank office. Petitioner received phone call from this dental office after 15 minutes she left this office. Dental office employee 30 years lady said to Petitioner do not come for records. State of California provide this dental office Dr. Shailesh Jawale with license to bring stress in life honesty senior citizens like Petitioner.

Front desk employee and doctor refused to submit documentation in office medical and fraudulently stated during appointment in July 2014 that Medical did not approve dentures for Petitioner . Petitioner son did call in front of this office employee in July 2014 and medical

worker for Liudmyla Iegorova said that doctor Jawale did submit only email and did not mail properly paper documents for new dentures. During first appointment Dr. Shailesh Jawale did offer to remove all 3 roots and order dentures .Doctor Jawale did use regular screw to bring pain and suffering to Petitioner . Dr. Jawale did not used dentist tools for quick removal stick with small roots. Petitioner care provider did see this metal screw ,medical tools, to use for person with hight sensitivity , high blood pressure. This screw did terrible pain to petitioner. Care provider ask Mr. Shailesh Jawale to get tools for professional teeth removal.

Employee dental office refused provide Petitioner with her 3 golden sticks . Employee in this office explained this sticks must be in special liquid Saturday and Sunday only after this she will call to Petitioner and return this sticks . Petitioner did not received call from office and visited office .

Same front desk employee said that medical assistant is no longer in office.

[Pleading Title] - 2

In July 2014 front desk dental office employee brought from inside dental office few bags with patient golden sticks. No paper with name inside bags, no stickers with names patients on the top of each bag. Petitioner did find her golden sticks. Same front desk employee promise to submit all documents for new dentures to Medical insurance office. But in July 2014 dental office did not submit to insurance Medical Documents for new dentures again.

Petitioner understand some fraud and perjury against petitioner inside this dental office. Office employee promise to wait 5 weeks response from Medical in June 2014, in July 2014 dental office employees said again wait 5 weeks. Petitioner gave his phone to dental office employee and she spoke with insurance Medical employee . Insurance said to petitioner and to office employees that dental office did not mail official documents with signature Dr. Jawale, document was not properly submit to the insurance Medical.

## CONCLUTION.

Petitioner suffered from not professional dental service with tools irrelevant to this procedure. Petitioner care provider asked doctor for special tools extractions forceps. Petitioner did not have possibility to receive professional dental care and had no possibility to pay for medical services in dental office. Petitioner did suffering from dentist malpractice suffering without any teeth and fraud inside dental office. Petitioner understand that Dr. Jawale will never commit crime like this to his MOTHER OR FATHER.

Petitioner 72 years old senior woman with size face and cloth medium size shoes 6-7 did not have possibility to see tools ( see exhibit # 1 ) to remove 3-4mm roots. Dr. Jawale took necessary tools only after Petitioner son requested bring extractions forceps (see exhibit # 2).

Petitioner had no possibility to have normal food according her diet due pain inside her upper part mouth and fraud with documents by dental office staff in May , June, July, August, September 2014. Petitioner

[Pleading Title] - 4

suffered from pain and can't eat without any teeth. Petitioner requesting United States District Court Eastern District State of California order Dr. Jawale pay to Petitioner for malpractice amount  $ 100 000 000.00 dollars.

I declare under penalty for perjury and under the law State of California that foregoing true and correct.

Respectfully submitted in the united States district court Eastern district State of California .

Dated: 04.20.2015

Liudmyla Iegorova_____

EXHIBIT # 1

# ORAL SURGERY INSTRUMENTS



**Instrument:** Straight Elevators

**Function:** To loosen tooth from periodontal ligaments before extraction. To separate and lift tooth from socket.

**Characteristics:** Single ended. Variety of sizes.



**Instrument:** Periosteal Elevator

**Function:** To provide indirect vision
To retract lips, cheeks, and tongue
To reflect light into the mouth

**Characteristics:** Accurate image from flat surface mirrors, image magnified with concave mirrors.



**Instrument:** Root-Tip Picks

**Function:** To lift and remove small root tips in difficult areas

**Characteristics:** Pointed at working end. Straight or right-and-left pairs.



**Instrument:** Root Elevators/ Cryers

**Function:** To loosen root. To separate and lift tooth from socket. To use on posterior teeth

**Characteristics:** Single ended. Can be right or left. Variety of sizes.



**Instrument:** Root-Tip Elevators

**Function:** To lift and remove fragments of root

**Characteristics:** Single ended. Rounded or pointed. Straight or right-and-left pairs



**Instrument:** Bone File

**Function:** To remove or smooth edges of alveolar bone

**Characteristics:** Used in push-pull motion; straight-cut or cross-cut cutting end; variety of sizes, angles, and shapes.

29

EXHIBIT # 2

# ORAL SURGERY INSTRUMENTS



**Instrument:** Maxillary Universal Forceps/ Cryer 150

**Function:** To extract maxillary central, laterals, cuspids, premolars, and roots

**Characteristics:** Has straight handles or one curved handle



**Instrument:** Maxillary Right Forceps/ No. 88R

**Function:** To extract trifurcated maxillary right first or second molars

**Characteristics:** Has right-split beak to engage lingual root



**Instrument:** Maxillary Left Forceps/ No. 88L

**Function:** To extract trifurcated maxillary left first or second molars

**Characteristics:** Has left-split beak to engage lingual root



**Instrument:** Mandibular Universal Forceps/ Cryer 151

**Function:** To extract manibular central, laterals, cuspids, premolars, and roots

**Characteristics:** Has straight handles or one curved handle



**Instrument:** Universal Mandibular Forceps No. 23

**Function:** To extract mandibular first and second molars

**Characteristics:** Referred to as "Cowhorn" forceps; straight handles or one curved handle



**Instrument:** Rongeur

**Function:** To trim and remove excess alveolar bone after extraction

**Characteristics:** Variety of sizes and angles

30

# ORAL SURGERY INSTRUMENTS



**Instrument:** **Bone Chisel**

**Function:** To split or section a tooth for easier removal by tapping on chisel with mallet; to reshape or contour alveolar bone

**Characteristics:** Single-level chisel for contouring or removing alveolar bone; bilevel chisel for splitting teeth; variety of sizes



**Instrument:** **Surgical Curette**

**Function:** To remove debris or granulation tissue from surgical site; to remove cyst from extraction site or surgical site; to use for gross tissue debridement

**Characteristics:** Various sizes and shapes; single or double ended



**Instrument:** **Surgical Evacuation Tip**

**Function:** To evacuate fluid from oral cavity and surgical sites

**Characteristics:** Stainless steel, autoclavable plastic, or disposable plastic; tips narrow to accommodate surgical site; attaches to tubing on dental unit

31

# EXTRACTION TRAY SET-UP

# EXTRACTION TRAY SET-UP INSTRUMENTS

1. Cotton Rolls
2. Topical Anesthetic
3. 2x2 Gauzes
4. Needle (Short for Maxillary; Long for Mandibular)
5. Anesthetic Carpules
6. Syringe
7. Mouth Mirror
8. Explorer/ Perioprobe
9. Small Elevator
10. Large Elevator
11. Periosteal
12. Surgical Curette
13. Forcep:
    - Teeth #1-3: 88R
    - Teeth #4-13: 150
    - Teeth #14-16: 88L
    - Teeth #17-19: Cowhorn 23
    - Teeth #20-29: 151
    - Teeth #30-32: Cowhorn 23

Liudmyla Iegorova

8913 Fair Oaks blvd. Apt. # E

CARMICHAEL, CA 95608


United States District Court Eastern

District State of California


Liudmyla Iegorova

Petitioner                                    Proof of Service

Vs.

Shailesh Jawale

Respondent


I, Dmitriy Yegorov did mail regular US mail this lawsuit on 04.20.2015 to the office Dr. Jawale at 928 Pleasant Grove blvd. suite 100, Roseville CA 95678.

I declare under penalty for perjury and under the Law State of California that foregoing true and correct.


Dated: 04.20.2015.        Dmitriy Yegorov_____